Anthony R. ELWOOD, Plaintiff–
Appellant,

v.

Racheal R. ELWOOD, Defendant–
Appellee.

No. 04–1658.

United States Court of Appeals,
Eighth Circuit.

Submitted July 22, 2004.

Decided Aug. 10, 2004.

Anthony R. Elwood, Forrest City, AR,
for Plaintiff-Appellant.

Before MELLOY, LAY, and
COLLOTON, Circuit Judges.

PER CURIAM.

Plaintiff has filed an appeal from the dismissal of his claim against his wife (or former wife). The district court found it had no jurisdiction to entertain such a claim and dismissed the case with prejudice.

After carefully reviewing the record, we affirm the district court's ruling and dismiss the appeal on the grounds stated in the district court's order dated February 2, 2004. *See* 8th. Cir. R. 47B.